LAW OFFICE OF TODD E. MARSH
Todd E. Marsh SBN 176065
1125 WEST AVENUE M-14, SUITE B
PALMDALE, CALIFORNIA 93551
(661) 947-7700 Telephone
(661) 947-7799 Facsimile
TODDMARSHLAW@AOL.COM

TODD E. MARSH SBN: 176065
Attorney for Defendant
PRISCILLA HEADD

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER 5:07-mj-00004 TAG |
| Plaintiff, | STIPULATION TO CONTINUE ARRAIGNMENT; WAIVER TO RIGHT TO SPEEDY TRIAL; ~~PROPOSED~~ ORDER THEREON: |
| v. | |
| PRISCILLA F. HEADD | |
| Defendant. | |

PLEASE TAKE NOTICE THAT THE ABOVE REFERENCED PARTIES have agreed by joint stipulation to request a continuance of the arraignment date of defendant in this matter from January 18, 2007, to April 12, 2007.

Defendant herein, PRISCILLA HEADD, by and through and with her attorney, Todd E. Marsh, hereby waives her Constitutional and statutory rights to a speedy trial to the extent that she is requesting and agreeing that her arraignment can be continued to April 12, 2007.

The PARTIES acknowledge this joint request and wavier by their individual signatures below.

Jan 17 07 04:27p　　　　　　　　　　　　　　　　　　　　　　　　　　p.3

```
 1
 2   Dated: January 17, 2007                          Respectfully submitted,
 3
 4                                            By: /s/ Todd E. Marsh
 5                                                Todd E. Marsh,
                                                  Attorney for Defendant
 6                                                PRISCILLA HEADD
 7
 8
 9   Dated: January 17, 2007                   By: /s/ Priscilla F. Headd
                                                  Priscilla Head,
10                                                Defendant.
11
12
     Dated: January 18, 2007                   By: /s/ Darrin Johns
13                                                Darrin Johns,
14                                                Special Assistant US Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

LAW OFFICE OF TODD E. MARSH
Todd E. Marsh SBN 176065
1125 WEST AVENUE M-14, SUITE B
PALMDALE, CALIFORNIA 93551
(661) 947-7700 Telephone
(661) 947-7799 Facsimile
TODDMARSHLAW@AOL.COM

TODD E. MARSH  SBN: 176065
Attorney for Defendant
PRISCILLA HEADD

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER 5:07-mj-00004 TAG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| PRISCILLA F. HEADD ) | |
| ) | |
| Defendant. ) | |

THE COURT HEREBY ORDERS that the arraignment of the above-referenced defendant in this case be continued from January 8, 2007, to April 12, 2007.

Dated: January 18, 2007 ~~01-18~~

By: _____
Honorable Judge Theresa Goldner

3