```
 1  LAW OFFICE OF TODD E. MARSH
    Todd E. Marsh SBN 176065
 2  1125 WEST AVENUE M-14, SUITE B
    PALMDALE, CALIFORNIA 93551
 3  (661) 947-7700 Telephone
    (661) 947-7799 Facsimile
 4  TODDMARSHLAW@AOL.COM

 5  TODD E. MARSH  SBN: 176065
    Attorney for Defendant
 6  PRISCILLA HEADD
```

FILED

MAY 10 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER 5:07-mj-00004 TAG |
| Plaintiff, | STIPULATION TO CONTINUE ARRAIGNMENT; |
| v. | WAIVER TO RIGHT TO SPEEDY TRIAL; PROPOSED ORDER |
| PRISCILLA F. HEADD | |
| Defendant. | |

PLEASE TAKE NOTICE THAT THE ABOVE REFERENCED PARTIES have agreed by joint stipulation to request a continuance of the arraignment date of defendant in this matter from May 10, 2007, to June 7, 2007.

Defendant herein, PRISCILLA HEADD, by and through and with her attorney, Todd E. Marsh, hereby waives her Constitutional and statutory rights to a speedy trial to the extent that she is requesting and agreeing that her arraignment can be continued to June 7, 2007.

The PARTIES acknowledge this joint request and wavier by their individual signatures below.

1

Dated: May 10TH, 2007

Respectfully submitted,

By: *Todd E Marsh*
Todd E. Marsh,
Attorney for Defendant
PRISCILLA HEADD

Dated: May 10TH, 2007

By: *Priscilla Headd*
Priscilla Head,
Defendant.

Dated: May 10, 2007

By: *Sirnene Dein*
Darrin Johns, Captain Davis
Special Assistant US Attorney

2

LAW OFFICE OF TODD E. MARSH
Todd E. Marsh SBN 176065
1125 WEST AVENUE M-14, SUITE B
PALMDALE, CALIFORNIA 93551
(661) 947-7700 Telephone
(661) 947-7799 Facsimile
TODDMARSHLAW@AOL.COM

TODD E. MARSH SBN: 176065
Attorney for Defendant
PRISCILLA HEADD

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER 5:07-mj-00004 TAG |
| Plaintiff, | |
| v. | ORDER |
| PRISCILLA F. HEADD | |
| Defendant. | |

THE COURT HEREBY ORDERS that the arraignment of the above-referenced defendant in this case be continued from May 10, 2007, to June 7, 2007.

Dated: May 12, 2007

By: _____
Honorable Judge Theresa Goldner
^Magistrate

3