LAW OFFICE OF TODD E. MARSH
Todd E. Marsh SBN 176065
1125 WEST AVENUE M-14, SUITE B
PALMDALE, CALIFORNIA 93551
(661) 947-7700 Telephone
(661) 947-7799 Facsimile
TODDMARSHLAW@AOL.COM

TODD E. MARSH  SBN: 176065
Attorney for Defendant
PRISCILLA HEADD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER 5:07-mj-00004 TAG |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE ARRAIGNMENT; |
| ) | WAIVER TO RIGHT TO SPEEDY TRIAL; |
| v. ) | PROPOSED ORDER |
| PRISCILLA F. HEADD ) | |
| ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE THAT THE ABOVE REFERENCED PARTIES have agreed by joint stipulation to request a continuance of the arraignment date of defendant in this matter from June 7, 2007, to July 12, 2007.

Defendant herein, PRISCILLA HEADD, by and through and with her attorney, Todd E. Marsh, hereby waives her Constitutional and statutory rights to a speedy trial to the extent that she is requesting and agreeing that her arraignment can be continued to the above indicated date.

The PARTIES acknowledge this joint request and wavier by their individual signatures below.

1

Dated: June 7, 2007

Respectfully submitted,

By: *Todd E. Marsh*
Todd E. Marsh,
Attorney for Defendant
PRISCILLA HEADD

Dated: June 7, 2007

By: *Priscilla Headd*
Priscilla Headd,
Defendant.

Dated: June 7, 2007

By: *Darrin Johns*
Darrin Johns, Captain Davis
Special Assistant US Attorney

---

IT IS SO ORDERED:

Date: June 7, 2007

*Theresa A. Goldner*
THERESA A. GOLDNER
U.S. Magistrate Judge

2