1  LAW OFFICE OF TODD E. MARSH
   Todd E. Marsh SBN 176065
   1125 WEST AVENUE M-14, SUITE B
2  PALMDALE, CALIFORNIA 93551
   (661) 947-7700 Telephone
3  (661) 947-7799 Facsimile
   TODDMARSHLAW@AOL.COM

4
   TODD E. MARSH SBN: 176065
5  Attorney for Defendant
   PRISCILLA HEADD

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER 5:07-mj-00004 TAG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| PRISCILLA F. HEADD ) | |
| ) | |
| Defendant. ) | |

THE COURT HEREBY ORDERS that the arraignment of the above-referenced defendant in this case be continued from July 12, 2007, to October 11, 2007 at 9:30 a.m.

Dated: July 12, 2007

By: _____
Honorable Judge Theresa Goldner

1  LAW OFFICE OF TODD E. MARSH
   Todd E. Marsh SBN 176065
   1125 WEST AVENUE M-14, SUITE B
2  PALMDALE, CALIFORNIA 93551
   (661) 947-7700 Telephone
3  (661) 947-7799 Facsimile
   TODDMARSHLAW@AOL.COM
4
   TODD E. MARSH SBN: 176065
5  Attorney for Defendant
   PRISCILLA HEADD
6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,          )    CASE NUMBER 5:07-mj-00004 TAG
12                                     )
                                       )
13         Plaintiff,                  )    STIPULATION TO CONTINUE
                                       )    ARRAIGNMENT;
14                                     )    WAIVER TO RIGHT TO SPEEDY TRIAL;
         v.                            )    ~~PROPOSED~~ ORDER *THEREON*
15 PRISCILLA F. HEADD                  )
                                       )
16                                     )
           Defendant.                  )
17

18
          PLEASE TAKE NOTICE THAT THE ABOVE REFERENCED PARTIES have
19
   agreed by joint stipulation to request a continuance of the arraignment date of defendant in this
20
   matter from July 12, 2007, to October 11, 2007.
21
          Defendant herein, PRISCILLA HEADD, by and through and with her attorney, Todd
22
   E. Marsh, hereby waives her Constitutional and statutory rights to a speedy trial to the extent that she
23
   is requesting and agreeing that her arraignment can be continued to the above indicated date.
24
          The PARTIES acknowledge this joint request and wavier by their individual
25
   signatures below.
26

27

28

                                                    1

Dated: July 11, 2007                                Respectfully submitted,

By: *Todd E. Marsh*
Todd E. Marsh,
Attorney for Defendant
PRISCILLA HEADD

Dated: July 11, 2007                                By: *Priscilla Headd*
Priscilla Headd,
Defendant.

Dated: July 12, 2007                                By: *Simone Clair*
Darrin Johns, Captain Davis
Special Assistant US Attorney

2